# EXHIBIT A

EGOSCUE, INC. TRADEMARKS

1. "EGOSCUE"
Federal Service Mark Registration No. 2987119
Registration Date: August 23, 2005 (expires August 23, 2025)

2. "EGOSCUE"
World futellectual Property Organization Registration No. 928280
Australian Registration No. 1189644
Japan Registration No.: 928280
European Union Registration No. 928280
Registration Date: April I 8, 2007 (expires April I 8, 2027)

3. "THE EGOSCUE :METHOD"
California Service Mark Registration No. 036378
Registration Date: March 20, 1990 (expires March 19, 2025)

4. "THE EGOSCUE METHOD"
Federal Service Mark Registration No. 1678857
Registration Date: March 10, 1992 (expires March 10, 2022)

5. "THE PATCH"
Federal Service Mark Registration No. 2544671
Registration Date: March 5, 2002 (expires March 5, 2022)

6. "EGOSCUE DIRECT"
Federal Service Mark Registration No. 2850560
Registration Date: June 8, 2004 (expires June 8, 2024)

7. "E-CISE"
Federal Service Mark Registration No. 2905877
Registration Date: November 30, 2004 (expires November 30, 2024)

8. "EPETE"
Federal Service Mark Registration No. 2914232
Registration Date: December 28, 2004 (expires December 28, 2024)

9. "EPETE PAIN FREE LIVING SINCE 1971" and Design {International Class 9)
Federal Service Mark Registration No. 3642392
Registration Date: June 23, 2009 (expires June 23, 2029)

10. "EPETE PAIN FREE LIVING SINCE 1971" and Design {International Class 41)
Federal Service Mark Registration No. 3649921
Registration Date: July 7, 2009 (expires July 7, 2029)

11. "PATCHFITNESS"
Federal Trademark Registration No. 3511930
Registration Date: October 7, 2008 (expires October 7, 2028)

12. "THE PATCH and design"
Federal Trademark Registration No. 3511928
Registration Date: October 7, 2008 (expires October 7, 2028)

13. "THE PATCH and design"
Federal Trademark Registration No. 3512427
Registration Date: October 7, 2008 (expires October 7, 2028)

14. "EGOSCUE INSTITUTE"
Federal Trademark Registration No. 5521184
Registration Date: July 17, 2018 (expires July 17, 2024)

15. 
Federal Trademark Registration No. 5521196
Registration Date:   July 17, 2018 (expires July 17, 2024)

16.   Federal Service Mark Registration No. 568 0314 (Serial No. 88025049)
Registration Date:   February 19, 2019 (expires February 19, 2025)

{GR1010.DOCX;}