# EXHIBIT C

{}

**From:** Anu Lawrence <anu@egoscue.com>
**Sent:** Thursday, September 30, 2021 7:01 AM
**To:** Meta Haley; Brian Bradley; Heather Huffer; Tom Storms; Pete Egoscue
**Subject:** Denver Clinic Closure

Meta, Heather, Brian, Tom and Pete,
I am writing to inform you of my intention to close the Denver Egoscue Clinic and provide one month's notice of such.

I will comply with the provisions of the franchise agreement regarding closure as follows:
1. Transfer ownership of the 720-598-5658 phone number to Heather.
2. Communicate to all active clients to inform them of my intention to continue practicing posture therapy and explain how they can complete their outstanding visits.
To this point, I am open to continuing the use of ePete if that option is extended to me and have an alternative in place if not.
3. Dispose of and/or cease using any Egoscue branded materials or references, including on social media channels.
4. Pay final month's royalty for Egoscue Denver.

I am appreciative of my time as a franchise owner with Egoscue, Inc. and wish success in future endeavors to all involved.

Sincerely,
Anu Lawrence