# EXHIBIT D

{}



THE
EGOSCUE
METHOD®

CONNECT + CORRECT

Dear friends of Egoscue Boulder and Denver,

We are extremely grateful and proud to have served our clients for over a decade in leading ideal, pain-free lives, without the limitations of chronic pain and stress as Egoscue franchises. Our clients are like family to us and your best interests are what guide us.

We have made the decision to cease our relationship with Egoscue, Inc., effective in a month's time.

We will honor all existing client packages, of course.
Many will ask why the change. Simply, we know that we can better serve our clients operating independently as Pain Free Posture Therapy and we are excited to announce this new chapter. While we will not be using the Egoscue branding going forward, we will offer the same great service and excellent posture therapy you have come to expect from us.

We look forward to continuing to serve you and your loved ones for many years to come. We can't wait to welcome you to our new central location in Westminster (or on Zoom) and appreciate your continued support and understanding.

Questions can be directed to **info@painfreeposture.net** or 720-454-8396 (Anu cell).

More info on our new clinic space and contact info to come in future emails.

Sincerely,

Anu, Kayla, and Emily
The Pain Free Posture Therapy Team.