# EXHIBIT E



# THE FRANCHISE & BUSINESS LAW GROUP

ATTORNEYS AND COUNSELORS

222 SOUTH MAIN STREET, STE 500 ● SALT LAKE CITY ● UTAH 84101

**C. Christian Thompson**
CTHOMPSON@FBLGLAW.COM

October 5, 2021

**VIA CERTIFIED MAIL AND EMAIL:**
Anu Lawrence
2600 S. Rock Creek Pkwy #5-201
Superior, Colorado 80027
Email: info@painfreeposture.net

Re:   *Notice of Termination*

Dear Mr. Lawrence,

Our firm represents Egoscue, Inc. ("Egoscue"). This letter provides to you written notice that you are in violation and material breach of your franchise agreement dated April 6, 2016 with Egoscue for the right to operate an Egoscue Facility in the Denver, Colorado area ("Franchise Agreement"). **You are provided notice that the Franchise Agreement is hereby immediately terminated as of the date hereof**.

Under Section 14.2.4.2 of the Franchise Agreement, Egoscue may immediately terminate the Franchise Agreement for your willful and repeated deception of customers relating to the source, nature, or quality of goods sold. On October 1, 2021, you sent an email through the Egoscue system and using a proprietary customer list, to approximately 1,600 Egoscue customers notifying them that you would no longer be operating as an Egoscue franchise, but that there would be no change for the customers because you would be providing "the same great service and excellent posture therapy you have come to expect from us." This statement clearly deceives these customers relating to the source, nature and quality of the services and goods you are planning to offer after termination of the Franchise Agreement. Your statement has the potential to create irreparable harm.

Only as an Egoscue franchisee are you able to provide customers with the exercises and services using Egoscue System and Egoscue Method, which is the posture therapy those customers have come to expect. You cannot, under any circumstances, use the Egoscue System and Egoscue Method, including the exercises, methods, manuals, techniques, software, and other items proprietary to Egoscue after termination of the Franchise Agreement.



Phone: (801) 575-5001
Facsimile: (801) 880-7640
www.franchisebusinesslawgroup.com

*October 5, 2021*
*Page 2*
*Notice of Termination*

We are also informed that you downloaded our proprietary customer list, which gives every indication that you are planning to exploit Egoscue's proprietary information after termination of the Franchise Agreement. Such use is strictly prohibited under Section 6.1 of the Franchise Agreement. Furthermore, Egoscue's proprietary information, including its customer list, are protectable trade secrets under the Uniform Trade Secrets Acts of California and Colorado. Damages for trade secret misappropriation include actual damages, unjust enrichment, ongoing royalties, and even exemplary damages.

Furthermore, you blatantly misappropriated our trademarks in the notice you provided to those 1,600 customers for your competitive brand, and you are currently using our trademarks in connection with a competitive brand on Facebook and Instagram. Such use much cease immediately. Please be aware that continuing such use is a violation of not only the Franchise Agreement but also of the Federal Lanham Act. You may be held accountable to reimburse Egoscue all your profits earned in connection with use of the trademark and could be assessed treble damages by a court.

Egoscue may also determine to seek an injunction against you to stop you from any further use and misappropriation of Egoscue's proprietary information, trade secrets, and trademarks. **These are serious matters. Govern yourself accordingly.**

Egoscue is also entitled to pursue all its legal remedies under the Franchise Agreement and those available at law or in equity. In particular, you will be subject to arbitration and litigation in San Diego, California and judgment for all damages, unpaid fees, late fees, interest and all legal fees and costs incurred by Egoscue and any other consequential damages arising by reason of your default and Egoscue's enforcement of the Franchise Agreement.

Effectively immediately, all rights to use the Egoscue® name and other trademarks, and to conduct an Egoscue® Facility are hereby terminated, and you must (as further set forth in Section 14.7 of the Franchise Agreement):

1. Immediately bring current all fees and other obligations to Egoscue owed under the Franchise Agreement as set forth below:

    a. $5,500 in royalties for the month of September 2021
    b. $10,280 in outstanding liability under the arrangement from the Boulder clinic closure in July 2021
    c. $236,600 in unfulfilled Egoscue therapy sales, which can no longer be fulfilled as you are no longer able to provide customers with the Egoscue therapy sessions those customers purchased

2. Immediately and permanently discontinue the use of any of Egoscue's Indicia, the Egoscue System, the Egoscue Method, and the Egoscue Facility, or anything confusingly similar thereto;

October 5, 2021
Page 3
Notice of Termination

3. Promptly destroy or surrender to Egoscue all signs, stationery, letterheads, forms, printed matter, promotional displays, and advertising containing any of the marks, names, indicia;

4. Immediately and permanently discontinue all advertising placed by Franchisee as an authorized Franchisee of Egoscue or which contains or makes reference to any of the marks, names, Indicia, and cancel all such advertising already placed or contracted for which would otherwise be published, broadcast, displayed, or disseminated after the date hereof;

5. Immediately assign to Egoscue all telephone numbers listed or advertised by you at any time within the twenty-four (24) month period prior to the date hereof in any telephone directory or other medium (including online or social media) in connection with any of your Egoscue clinic, including the number 720-598-5658. You must immediately execute such instruments and take such steps as in the opinion of Egoscue may be necessary or appropriate to transfer and assign each such telephone number. You are reminded that you have irrevocably appointed the President of Egoscue as your duly authorized agent and attorney-in fact to execute all such instruments and take all such steps to transfer and assign each such telephone number;

6. Immediately and permanently discontinue any use of the Egoscue name, trademarks, or anything confusingly similar thereto;

7. Immediately refrain from doing anything tending to indicate that you are an authorized franchisee of Egoscue or are in any way associated with Egoscue.

8. Immediately return to Egoscue your loaned copy of the manuals provided pursuant to the Franchise Agreement, whether electronic or paper and permanently delete any electronic copy in your or your agents' possession;

3. Immediately cease use of and turn over access and passwords to, all websites, Facebook pages, social media pages and sites that were used to promote or identify your clinic with Egoscue®.

Egoscue will also have the right, but not the obligation, to purchase, f.o.b., all or such part of inventories of products bearing Egoscue's Marks or Indicia on hand within 30 days of the date hereof. Egoscue has the right to set off and apply any amounts due to Egoscue against the purchase price.

**You are reminded of your obligation, and that of your employees, to maintain in complete confidence, the confidential and proprietary information provided to you by reason of your association with the Egoscue® franchise system.** As provided in the Franchise Agreement, any unauthorized use of the proprietary information by you shall be a separate breach of the rights of Egoscue and any monies earned or received by you, or your affiliates shall inure to the exclusive benefit of Egoscue.

*October 5, 2021*
*Page 4*
*Notice of Termination*

  Demand is made for full and complete compliance with the terms of this letter by October 15, 2021. You may reach out directly to me or Meta Haley at Egoscue to discuss.

         Yours very truly,

         THE FRANCHISE & BUSINESS LAW GROUP

         */s/ C. Christian Thompson*

Cc:
Egoscue, Inc.
Richard Circuit, Esq.