# EXHIBIT G

# CONFIDENTIALITY AGREEMENT

This **Confidentiality Agreement** ("Agreement") is made effective this _____ day of _____, 2021, by and between **EGOSCUE, INC.**, a California corporation ("Company"), and _____ ("Employee") with reference to the following:

## RECITALS

A.  Company is in possession of or has access to a broad range of confidential and sensitive information, the inappropriate release or use of which would be injurious to Company and/or its clients; and,

B.  Employee desires to obtain and/or retain a continued employment relationship with Company in which Company will place extensive confidence and trust in the Employee with respect to confidential and sensitive information.

Now, therefore, the parties agree as follows:

## 1.  PROPRIETARY INFORMATION MUST BE KEPT CONFIDENTIAL

1.1  Proprietary Information is information or knowledge possessed by Company that has any commercial value to any business that Company is or may become engaged in. Examples of Proprietary Information include, but are not limited to:  Client files; therapy records, Client history forms; protocols; software including but not limited to ePete ® software; software enhancements; processes; techniques; data; pricing information; technical information; financial information; Client lists; Client referral data or lists; manuals; computer programs; data bases; proposals and support data; marketing strategies; supplier lists; strategic partner data and employee resumes, records and lists and any and all information of a confidential nature related to Company or its business.

1.2  Employee acknowledges that Company has a legitimate and necessary interest in protecting its Proprietary Information.  At all times during the employment relationship between the Employee and Company and after termination of that relationship, the Employee shall keep in absolute trust and confidence all Proprietary Information.  Employee shall not use or disclose any Proprietary Information or anything relating thereto without the prior written consent of Company, except as may be necessary in the course and scope of performance of employment services for Company.

1.3  Employee acknowledges that all Proprietary Information is the property of Company regardless of its source.  Employee agrees that any rights the Employee has or may acquire in Proprietary Information shall be deemed assigned to Company as such rights arise.

1.4  Unauthorized use or disclosure of Proprietary Information will result in disciplinary action, up to and including termination.

{GS6754.DOC:}                                                                       1

1.5 If questions arise regarding an obligation to maintain confidentiality of information or the appropriateness of releasing information, Employee shall seek guidance from the Company President and/or Chief Executive Officer.

## 2. RESTRICTIONS

2.1 During the course of employment with the Company, Employee shall not directly or indirectly render any services of a business, commercial or professional nature to any other person or organization which may be in competition with the business conducted by the Company, whether for compensation or otherwise, without prior written consent of the Company.

2.2 While employed at the Company, and for two (2) years thereafter, Employee shall not divert or attempt to divert (by solicitation or by any other means) the Clients of the Company existing at the time of the termination of my employment with the Company.

2.3 During my term of employment with the Company and for a period of one (1) year following the date of termination of my employment with the Company, Employee will not, directly or indirectly, either for myself or on behalf of any other person, firm, partnership, limited liability company, corporation or other entity, (i) form a business relationship with, offer to employ, or arrange employment of, anyone who is at that time employed by the Company or has been employed by with the Company for any period of time during the previous six months, or (ii) solicit, induce or recruit any employee of the Company to leave their employ with the Company.

## 3. ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the Employee and Company on the subject matters addressed herein and supersedes all prior verbal and/or written communications between these parties on the subject matters addressed herein. Any binding modification of this Agreement must be expressed in writing and signed by the Employee and Company.

IN WITNESS WHEREOF, the parties hereto have understood, agreed and executed this Agreement as of the day and year shown.

**EMPLOYEE:**                                    **COMPANY:**

                                                      **EGOSCUE, INC.**
                                                      **A California Corporation**

_____
Signature

_____                 By:_____
Print Name                                               Meta R Haley, CEO

_____
Date