IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-03282-SKC

EGOSCUE, INC., a California corporation,

    Plaintiff,

v.

PAIN FREE POSTURE THERAPY LLC, a Colorado limited liability company,
ANU LAWRENCE, an individual, and,
JOHN DOE 1, whose true name is unknown
JOHN DOE 2, whose true name is unknown
JOHN DOE 3, whose true name is unknown
JOHN DOE 4, whose true name is unknown
JOHN DOE 5, whose true name is unknown

    Defendants.

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION PENDING ARBITRATION AWARD

The Court finds that a Preliminary Injunction is warranted to preserve the status quo and prevent immediate and irreparable injury, loss, and damage to Plaintiff pending the issuance of an arbitration award in American Arbitration Association Case No. 01-21-0017-2374 in San Diego, California, or further proceeding in this action.

### ORDERING ENTERING PRELIMINARY INJUCTION

Based on the Court's findings of fact and conclusions of law, the Court hereby orders the following Preliminary Injunction which will take effect immediately upon entry.

Defendants, PAIN FREE POSTURE THERAPY LLC and ANU LAWRENCE, are preliminarily enjoined from engaging directly or indirectly in any of the following conduct:

{GR1119.DOCX:}

(i)     Use in any manner the password-protected customer list, consisting of approximately 1,600 customers, acquired by defendants on September 30, 2021 to promote, advertise, or offer defendants' services;

(ii)    Use in any manner in connection with the advertising, promotion, distribution, offering or marketing of services, the trade names, trademarks or service marks identified on Exhibit "1" to the Complaint, or any other variation or colorable imitation of plaintiff's trade name, trademark or service mark, customer lists, names, addresses or telephone numbers;

(iii)   Engage in advertising, promotion, distribution, offering or marketing services using the trade names, trademarks or service marks of EGOSCUE, INC.. or any other variation or colorable imitation of the marks on Exhibit "1" to the Complaint;

(iv)    Infringe Plaintiff's rights in the registered service marks and trademarks identified on Exhibit "1" to the Complaint;

(v)     Use URL listing(s) which include(s) the Egoscue marks identified on Exhibit "1" to the Complaint or any other variation or colorable imitation of plaintiff's service marks and trade name from the internet; and,

(vi)    Use the telephone numbers associated with the clinic and used in advertising by defendants for approximately the past 24 months in connection with development of new business for defendants. These telephone numbers would include the office number and cell number.

Plaintiff will not be required to provide security pursuant to Federal Rule of Civil Procedure 65(c).

Dated: _____

                                                                                     _____
                                                                                      United States District Judge