IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:      1:21-cv-03282-SKC

EGOSCUE, INC., a California corporation,

       Plaintiff,

v.

PAIN FREE POSTURE THERAPY, LLC, a Colorado limited liability company, ANU LAWRENCE, an individual, and JOHN DOES.

       Defendants.

---

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

Defendants Pain Free Posture Therapy, LLC and Anu Lawrence (collectively, "Defendants") and Plaintiff, Egoscue, Inc. ("Plaintiff") stipulate pursuant to D.C.COLO.LCivR 6.1(a) to a fourteen (14) day extension of time, up to and including March 4, 2022, for Defendants to respond to Plaintiff's Complaint [Doc. # 1], and further state:

1.    Plaintiff filed its Complaint on December 7, 2021.  Counsel for Defendants waived service on January 7, 2022, after receiving a courtesy copy on December 20, 2022. Defendants' response to the Complaint is docketed for February 18, 2022.

2.    Pursuant to D.C.COLO.LCivR 6.1(a), the "parties may stipulate in writing to one extension of not more than 21 days beyond the limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading[.]" Neither party has sought a prior extension.

3. The Parties have stipulated to an extension of time of fourteen (14) days for Defendants to file a responsive pleading. Pursuant to this Stipulation, the new deadline for Defendants to file a responsive pleading to the Complaint is March 4, 2022.

4. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Stipulation is contemporaneously served by counsel on their respective clients.

5. This filing and stipulation is made without waiver of either party's rights, defenses, and claims.

DATED this 18th day of February, 2022.

**ROBINSON WATERS & O'DORISIO, P.C.**

By: /s/Nicholas F. Labor
*(Original Signature on file in Counsel's Office)*
Harold R. Bruno III
Nicholas F. Labor
Robinson, Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
(303) 297-2600
hbruno@rwolaw.com, nlabor@rwolaw.com
Counsel for Defendants

**CIRCUIT, McKELLOGG, KINNEY & ROSS LLP**

By: /s/ Kieth McKellogg
R. Keith McKellogg,
7979 Ivanhoe Ave., Ste. 200
La Jolla, CA 82037
(858) 459-0583
kmckellogg@cmkr.com
Counsel for Plaintiff

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 18th day of February, 2022, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was electronically filed with the Clerk of the Court and electronically served on all parties via PACER, and correctly addressed as indicated below:

R. Keith McKellogg,
7979 Ivanhoe Ave., Ste. 200
La Jolla, CA 82037
(858) 459-0583
kmckellogg@cmkr.com
Counsel for Plaintiff

By: */s/ James Andersen*
James Andersen
*(Original Signature on file in Counsel's Office)*

3