IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   1:21-cv-03282-SKC

EGOSCUE, INC., a California corporation,

       Plaintiff,

v.

PAIN FREE POSTURE THERAPY, LLC, a Colorado limited liability company, ANU LAWRENCE, an individual, and JOHN DOES.

       Defendants.

---

### DECLARATION OF ANU LAWRENCE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

---

1.     My name is Anu Lawrence. I am of lawful age and under no constraint or undue influence. This declaration is based on my personal knowledge of the facts stated herein. This declaration is submitted in support of Defendants' Response in Opposition to Plaintiff's Motion for Preliminary Injunction (the "Motion").

2.     I am the former franchisee of Plaintiff Egoscue, Inc., offering posture therapy services in Boulder and Denver under two franchise agreements. I entered into my Boulder franchise agreement on July 1, 2011 and my Denver franchise agreement on April 6, 2016.

3.     Over the next ten years I built a client base through my own time, money, and expense. I built my client base through networking and positive client relationships. I created a client list detailing my clients' contact information, all of which is generally available in phone books or online directories.

1

4. Under §14.1 of the franchise agreement, I could terminate the franchise upon 30 days' notice. After operating my Boulder franchise for over a decade, I terminated the franchise agreement in July 2021. Following termination, Egoscue insisted I service and honor clients who had pre-paid therapy packages.

5. In September 2021, I provided Egoscue my 30 days' notice to end the franchise agreement for Denver. I then notified my clients that I was ending my franchise with Plaintiff and would be operating independently. I did not place Egoscue's logo on this notification. It was sent through a third party platform called Constant Contact which must have auto-filled Egoscue's logo onto the email.

6. In response to my notice of termination to Egoscue, Egoscue terminated the franchise agreement. It did so before my 30 day's notice expired. They cut off all access for me to service my clients. Egoscue's termination appears to be retaliation for my decision to end my franchises.

7. On November 8, 2021, Plaintiff initiated arbitration against myself and my company Pain Free Posture Therapy, LLC ("PFPT") with the American Arbitration Association styled *Egoscue, Inc. v. Anu Lawrence and Pain Free Posture Therapy, LLC*, Case No. 01-21-0017-2374. Plaintiff did not seek emergency relief or a preliminary injunction in the arbitration. The parties have proceeded under normal course for months. We selected an arbitrator, participated in scheduling hearings, and propounded discovery. The final arbitration hearing is set for July 25-29, 2022.

8. My clients and the relationships I have built over the years is a big part of my success. My company would suffer if it could not contact my clients, including potentially losing

Exhibit A

my business and laying off my employees. My business historically earned approximately $300,000 per year.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of March, 2022.

/s/ *[signature]*
Anu Lawrence

Exhibit A