# FRANCHISE DISCLOSURE DOCUMENT

**EGOSCUE, INC.**
A California corporation
and doing business as **EGOSCUE UNIVERSITY**

12230 El Camino Real, Suite #130
San Diego, CA  92130
(858) 755-1075

**Egoscue® System**



{GS9119.DOC:}

**Exhibit C**

**FRANCHISE DISCLOSURE DOCUMENT ("FDD")**
**FOR**
**PROSPECTIVE FRANCHISEES/LICENSEES**

EGOSCUE, INC.
A California corporation
and doing business as EGOSCUE UNIVERSITY

12230 El Camino Real, Suite #130
San Diego, CA  92130
(858) 755-1075
www.egoscue.com

**The Egoscue® System**



Egoscue, Inc., through a license, would grant you the right to operate an Egoscue® Facility.  The licensee will operate the Egoscue® Facility featuring the Egoscue® System of the treatment of pain through function and motion.

(1)     The total estimated initial cash investment necessary to begin operation of an Egoscue Facility ranges from $60,000-70,000 for the first Facility and $52,500 to $62,500 for each additional Facility, but does not include an amount for the lease or purchase of real property from which to operate the Egoscue Facility as such costs vary widely by location. You must, as part of the Egoscue Facility Franchise Agreement, purchase initial equipment, estimated to be approximately $25,000, as well as the cost of other miscellaneous inventory items, furniture, improvements, pre-opening, and staff and management trainings and expenses.  This includes the total amount in Item 5 that must be paid to Egoscue.

(2)     This Disclosure Document summarizes certain provisions of your franchise agreement and other information in plain English. Read this Disclosure Document and all accompanying agreements carefully. You must receive this Disclosure Document at least 14 calendar-days before you sign a binding agreement with, or make any payment to Egoscue in connection with the proposed franchise sale. **Note, however, that no governmental agency has verified the information contained in this document.**

**Exhibit C**

(3)     The terms of your contract will govern your franchise relationship. Don't rely on the Disclosure Document alone to understand your contract. Read your entire contract carefully. Show your contract and this Disclosure Document to an advisor, such as a lawyer or an accountant.

(4)     Buying a franchise is a complex investment. The information in this Disclosure Document can help you make up your mind. More information on franchising, such as "A Consumer's Guide to Buying a Franchise," which can help you understand how to use this Disclosure Document, is available from the Federal Trade Commission (the "FTC"). You can contact the FTC at 1-877-FTC-HELP or by writing to the FTC at 600 Pennsylvania Avenue, NW, Washington, D.C. 20580. You can also visit the FTC's home page at www.ftc.gov for additional information. Call your state agency or visit your public library for other sources of information on franchising.

(5)     There may also be laws on franchising in your state. Ask your state agencies about them.

(6)     Issuance date   4/6/2010

**Exhibit C**

## STATE COVER PAGE

**EGOSCUE, INC.**
A California corporation
and doing business as EGOSCUE UNIVERSITY

12230 El Camino Real, Suite #130
San Diego, CA  92130
(858) 755-1075

Your state may have a franchise law that requires a franchisor to register or file with a state franchise administrator before offering or selling in your state.

REGISTRATION OF A FRANCHISE BY A STATE DOES NOT MEAN THAT THE STATE RECOMMENDS THE FRANCHISE OR HAS VERIFIED THE INFORMATION IN THIS DISCLOSURE DOCUMENT.

Call the state franchise administrator listed in Exhibit E for information about the franchisor, or about franchising in your state.

MANY FRANCHISE AGREEMENTS DO NOT ALLOW YOU TO RENEW UNCONDITIONALLY AFTER THE INITIAL TERM EXPIRES. YOU MAY HAVE TO SIGN A NEW AGREEMENT WITH DIFFERENT TERMS AND CONDITIONS IN ORDER TO CONTINUE TO OPERATE YOUR BUSINESS. BEFORE YOU BUY, CONSIDER WHAT RIGHTS YOU HAVE TO RENEW YOUR FRANCHISE, IF ANY, AND WHAT TERMS YOU MIGHT HAVE TO ACCEPT IN ORDER TO RENEW.

Please consider the following RISK FACTORS before you buy this franchise:

**THE EGOSCUE FACILITY FRANCHISE AGREEMENT REQUIRES THAT ALL DISAGREEMENTS BE SETTLED BY ARBITRATION IN CALIFORNIA, TO THE EXTENT PERMITTED BY LAW.  OUT OF STATE ARBITRATION OR LITIGATION MAY FORCE YOU TO ACCEPT A LESS FAVORABLE SETTLEMENT FOR DISPUTES.  IT MAY ALSO COST YOU MORE TO ARBITRATE OR LITIGATE WITH US IN CALIFORNIA THAN IN YOUR HOME STATE OR THE STATE OF THE LOCATION OF THE BUSINESS.**

**THE EGOSCUE FACILITY FRANCHISE AGREEMENT STATES THAT CALIFORNIA LAW GOVERNS THE INTERPRETATION AND ENFORCEMENT OF THE AGREEMENT. CALIFORNIA LAW MAY NOT PROVIDE YOU WITH THE SAME PROTECTIONS AND BENEFITS AS YOUR STATE LAW.  YOU MAY WANT TO COMPARE THESE LAWS BEFORE MAKING A DECISION AS TO WHETHER TO LICENSE THE EGOSCUE® SYSTEM.**

**Exhibit C**

YOU WILL NOT RECEIVE AN EXCLUSIVE TERRITORY. YOU MAY FACE COMPETITION FROM OTHER FRANCHISEES, FROM OUTLETS THAT WE OWN, OR FROM OTHER CHANNELS OF DISTRIBUTION OF COMPETITIVE BRANDS THAT WE CONTROL. THIS MEANS THAT WE MAY ESTABLISH ANOTHER LICENSEE-OWNED OR COMPANY-OWNED BUSINESS WITHIN YOUR GEOGRAPHIC VICINITY.

THERE MAY BE OTHER RISKS ASSOCIATED WITH THIS POTENTIAL LICENSE.

We use the services of one or more FRANCHISE BROKERS or referral sources to assist us in selling our franchise. A franchise broker or referral source represents us, not you. We pay this person a fee for selling our franchise or referring you to us. You should be sure to do your own investigation of the franchise.

Effective Date: _____4/6/16_____

**Exhibit C**

# TABLE OF CONTENTS

| Items | Page |
|---|---|
| Item 1  The Franchisor and any Parents, Predecessors and Affiliates | page 1 |
| Item 2  Business Experience | page 3 |
| Item 3  Litigation | page 4 |
| Item 4  Bankruptcy | page 4 |
| Item 5  Initial Fees | page 4 |
| Item 6  Other Fees | page 5 |
| Item 7  Estimated Initial Investment | page 7 |
| Item 8  Restrictions on Sources of Products and Services | page 10 |
| Item 9  Franchisee's Obligations | page 12 |
| Item 10  Financing | page 13 |
| Item 11  Franchisor's Assistance, Advertising, Computer Systems, and Training | page 14 |
| Item 12  Territory | page 16 |
| Item 13  Trademarks | page 16 |
| Item 14  Patents, Copyrights, and Proprietary Information | page 19 |
| Item 15  Obligation To Participate In the Actual Operation of the Franchise Business | page 19 |
| Item 16  Restrictions on What the Franchisee May Sell | page 20 |
| Item 17  Renewal, Termination, Transfer and Dispute Resolution | page 20 |
| Item 18  Public Figures | page 23 |
| Item 19  Financial Performance Representations | page 23 |
| Item 20  Facilities and Franchisee Information | page 23 |
| Item 21  Financial Statements | page 26 |
| Item 22  Contracts | page 26 |
| Item 23  Receipt | page 27 |

**Exhibit C**

<u>List of Exhibits</u>

A.      Egoscue Facility Franchise Agreement and its Exhibits

B.      Employee Confidentiality, Non-Disclosure and Non Competition Agreement

C.      Confidential Information Application

D.      Financial Statements for Company fiscal years 2013, 2014 and 2015

E.      List of State Agencies Responsible for Franchise Disclosure and Registration
        Laws/Agent for Service of Process

F.      Schedule of Franchises/Licenses

G.      List of Company Operated Facilities

H.      Landlord's Consent to Assignment

I.      Table of Contents for Company Policies and Procedures Manual

J.      California State Addendum

**Exhibit C**

FRANCHISE DISCLOSURE DOCUMENT

## ITEM 1.
## THE FRANCHISOR AND ANY PARENTS, PREDECESSORS AND AFFILIATES

The Franchisor is Egoscue, Inc., a California corporation. Egoscue, Inc. proposes to offer this franchise opportunity in the form of a license, and throughout this Disclosure Document it is sometimes referred to as the "Franchisor", "we", "us" or "Egoscue." Additionally, in this Disclosure Document, the franchise is also sometimes referred to as a "license." "You" or "licensee" means the person or organization that buys the franchise from us and includes the owners of a corporation, limited liability company, partnership or other business entity. If you are a corporation, limited liability company, partnership or other business entity, your owners will have to sign an agreement that all provisions of the Egoscue Facility Franchise Agreement will also apply to your owners.

Success Through Fitness, Inc. was incorporated in California on April 30, 1986. We opened the first Company owned clinic ("Clinic") which used the Egoscue System (sometimes referred to in this Disclosure Document as "System") in 1986 and operated it continuously until 1989, when we licensed the operations of the Clinic to our sister company, The Egoscue Method, Inc., a California corporation, while we maintained all administrative service responsibilities together with all intellectual property related to the System. On October 1, 2008, the corporate name Success Through Fitness, Inc. was changed to Egoscue, Inc.

Our sister affiliate, T.H.E. Incorporated, was incorporated as a company on November 14, 1988 in California. On July 21, 1997 the articles of the company were amended to change the name of the company to The Egoscue Method, Inc. On September 30, 2008, The Egoscue Method, Inc. merged into Success Through Fitness, Inc. We have no predecessors or other affiliates.

Our principal place of business is 12230 El Camino Real, Suite #130, San Diego, California 92130. Our business concept was started in California in 1986. We have been using the System with our clients continuously since that time. Our postural alignment specialists have completed our postural alignment-training program in addition to other specialized alignment and anatomical function trainings.

We have designated Jan Lynn Owen, Commissioner of the California Department of Business Oversight, or her duly appointed successor as our agent for service of process, at the following address and telephone number: 320 West 4th Street, Suite 750, Los Angeles, California 90013-2344; and (213) 576-7500.

We operate, license, and train others to operate Egoscue Facility locations. Currently, we operate a Company-owned Facility in San Diego, California. If granted, the license would authorize you to engage in the operation of an Egoscue Facility using our System that includes training, exercise menus, fitness equipment and peripherals, access to computer software on the world wide web, marketing concepts, potential referrals, Facility layout and design, colors, operating procedures under the name

**Exhibit C**

You must understand that the risks, financial and other, associated with the business are yours alone and will not be shared by us. We, as a matter of policy, will not assist you in any decision making process which may affect your business operations. The success or failure of the franchise as a business enterprise is for the most part dependent on your efforts and those of the people you employ to help you run your business. You should not consider entering into this license if you are unfamiliar with standard business practices or are unwilling to accept the full responsibility associated with running a privately owned and/or small business.

## ITEM 16.
## RESTRICTIONS ON WHAT THE FRANCHISEE MAY SELL

You may provide and offer to your clients only those products, goods and services specified and approved by us in writing. No service or product or other item may be added to or included or performed by your business, unless such service, product or item is first approved by us in writing. You must offer all items to your clients that we offer to you and must strictly follow our policies and procedures as may be given to you from time to time and as are contained in <u>Exhibit I</u>. You must purchase the items set forth in Item 8 from designated or approved suppliers. (See Item 8)

## ITEM 17.
## RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION

**This table lists certain important provisions of the Egoscue Facilities License Agreement ("Agreement"). You should read these provisions in the Agreement attached to this Disclosure Document.**

### THE FRANCHISE RELATIONSHIP

| Provision | Section in Egoscue Facilities Franchise Agreement | Summary |
|---|---|---|
| a. Term of the Egoscue Facility Franchise Agreement | Section 3 | Five year term |
| b. Renewal or Extension of Term | Section 15 | Option on part of Franchisee to renew one five-year term before conclusion of initial five-year term. |
| c. Requirements of Renewal or Extension | Section 15 | In accordance with California Bus. & Professions Code Section 20025, notice from Licensee to Us at least 180 days before expiration of Term if there is then no existing default, outstanding payment to be made to Us, other |

**Exhibit C**

FRANCHISE DISCLOSURE DOCUMENT

| | | |
|---|---|---|
| | | considerations per Section 15.4 of the Agreement, and if Licensee remodels and refurbishes per the terms of Section 15.3 of the Agreement. |
| d. Termination by you | Section 14.1 | You may terminate at any time during Term on 30 days notice. |
| e. Termination by us | Section 14.2 | We can only terminate if you default without cure (where such default is curable) for reasons as indicated in Sections 14.2 and 14.5 of the Agreement |
| f. Termination by us with cause | Section 14.2 | See "e" above and "g" and "h" below |
| g. "Cause" defined – curable faults | Sections 14.2.1 through 14.2.3 | We can terminate if non-payment of sums owed, or other item not mentioned in "g" below is not cured to Franchisor's satisfaction within 30 days after notice of a default and the provisions of Section 14.2.3 do come into play as a result of your conduct. |
| h. "Cause" defined – non-curable faults | Section 14.2.4 | We can terminate Agreement immediately in the event of willful material falsification of reports to us, understatement of sums owed to us by more than 10%, willful deception of customers, assignment of Agreement not in compliance with Section 13, your refusal to honor our guarantees, |
| i. Your obligations upon termination/non-renewal | Section 14.7 | Identification and payment of sums due, discontinue use of Marks and other our property, sell back remaining inventory to us. |
| j. Assignment of Egoscue Facility Franchise Agreement by us | Section 13 | No assignment by you without our consent; we may assign its rights under the agreement without your consent. |
| k. "Transfer" by you defined | Section 13.1 | Any transfer, assignment, sub-license, pledge, encumbrance, sale or bankruptcy, or anything else defined as such in the Agreement shall constitute a "transfer or assignment" under the Agreement. |
| l. Our approval of transfer by Franchisee | Section 13 | No transfer by you without our consent; we may transfer its rights under the agreement without your consent. |
| m. Conditions for our approval of transfer | Section 13.6 | Our reasonable review and approval of transferee financial and other criteria |

**Exhibit C**

FRANCHISE DISCLOSURE DOCUMENT

| n. Our right of first refusal to purchase your business | Section 13.3.5 | None |
|---|---|---|
| o. Our option to purchase Franchisee's business | None | None |
| p. Death or Disability of You | Section 13.7 | We will consent to transfer in event of your death or disability if a substitute Authorized Representative is selected and approved, there are no defaults in the Agreement and sufficient guaranties are given to us. |
| q. Non-competition covenants during Term | Sections 2; 6; 10; and 11; | You are entitled during the term of the Agreement to run and operate the System only through the single Facility identified in the Agreement. |
| r. Non-competition covenants after termination/expiration of Franchise/License | None | None |
| s. Modification of Egoscue Facility Franchise Agreement | Sections 16.6 and 16.11 | There shall be no waiver through the failure of any party to the Agreement to take action, or any modification of any term of the Agreement, by either party, unless set forth in writing and signed by both parties. |
| t. Integration Merger Clause | Section 16.1 | The Agreement contains all agreements and understandings, both oral and written, of the parties. Nothing in the Agreement or in any related agreement is intended to disclaim the representations made by us in this Disclosure Document.  Only the terms of the franchise agreement are binding (subject to state law).  Any representations or promises outside of the disclosure document and franchise agreement may not be enforceable. |
| u. Dispute Resolution | Section 16.14 | All disputes under or relating to the Agreement shall be settled by arbitration in San Diego, California. |
| v. Choice of Forum | Section 16.14 | San Diego, California |
| w. Choice of Law | Section 16.10 | Laws of the State of California shall control interpretation of the Agreement |
| x. Personal Guaranty | Section 16.15 | You are required to assume total personal financial liability for the |

**Exhibit C**

| | | obligations taken on by the Agreement and your License of the Egoscue System. |
|---|---|---|

# ITEM 18.
## PUBLIC FIGURES

We do not use any public figures to promote our System or its license to third parties.

# ITEM 19.
## FINANCIAL PERFORMANCE REPRESENTATIONS

The FTC's Franchise Rule permits a franchisor to provide information about the actual or potential financial performance of its franchised and/or franchisor-owned Facilities, if there is a reasonable basis for the information, and if the information is included in the Disclosure Document. Financial performance information that differs from that included in Item 19 may be given only if: (1) a franchisor provides the actual records of an existing Facility you are considering buying; or (2) a franchisor supplements the information provided in this Item 19, for example, by providing information about possible performance at a particular location or under particular circumstances.

We do not make any representations about a franchisee's future financial performance or the past financial performance of any Company-owned or franchised Facility. We also do not authorize our employees or representatives to make any such representations either orally or in writing. If you are purchasing an existing Facility, however, we may provide you with the actual records of that Facility. If you receive any other financial performance information or projections of your future income, you should report it to the franchisor's management by contacting Casey Lyon, 12230 El Camino Real, Suite #130, San Diego, CA, 92130, the Federal Trade Commission, and the appropriate state regulatory agencies.

# ITEM 20.
## EGOSCUE FACILITIES AND FRANCHISEE INFORMATION

### License Status Summary for Years 2013/2014/2015

Table No. 1
**Systemwide Facility Summary for Years 2013 to 2015**

| Facility Type | Year | Facilities at Start of Year | Facilities at End of Year | Net Change |
|---|---|---|---|---|
| Franchised | 2013 | 20 | 20 | 0 |

**Exhibit C**

# EXHIBIT J

## California State Addendum

**Exhibit C**

**California State Addendum**

**EGOSCUE, INC.**
a California corporation

12230 El Camino Real, Suite #130
San Diego, CA  92130
(858) 755-1075

1.  Our website has not been reviewed or approved by the California Department of Business Oversight.  Any complaints concerning the content of this website may be directed to the California Department of Business Oversight at www.corp.ca.gov.

2.  The California Franchise Investment Law requires that a copy of all proposed agreements relating to the sale of the franchise be delivered together with the disclosure document.

3.  Neither Egoscue, nor any person affiliated with Egoscue, is subject to any currently effective order of any national securities association of national securities exchange, as defined in the Securities Exchange Act of 1934, 15 U.S.C.A. 78a et seq., suspending or expelling such persons from membership in such association or exchange.

4.  California Business and Professions Code 20000 through 20043 provides rights to the franchisee concerning termination of non-renewal of a franchise.   If the franchise agreement contains a provision that is inconsistent with the law, the law will control.

5.  The Franchise Agreement provides for termination upon bankruptcy.  This provision may not be enforceable under federal bankruptcy law. (11 U.S.C.A. Sec 101 et seq.).

6.  If the Franchise Agreement contains a covenant not to compete which extends beyond the termination of the franchise, this provision may not be enforceable under California law.

7.  The Franchise Agreement contains a liquidated damages clause.  Under California Civil Code Section 1671, certain liquidated damages clauses are unenforceable.

8.  The Franchise Agreement requires binding arbitration in San Diego, California, which shall be administered by the American Arbitration Association, located in San Diego, California, with the costs being borne by the party not prevailing.

9.  Prospective franchisees are encouraged to consult private legal counsel to determine the applicability of California and Federal laws (such as Business and Professions Code Section 20040.5, Code of Civil Procedures Section 1281, and the Federal Arbitration Act) to any provisions of a franchise agreement restricting venue to a forum outside the State of California.

{GS7657.DOCX:}

**Exhibit C**

10. Section 31125 of the Franchise Investment Law requires Egoscue to give you a disclosure document, in a form containing the information that the California Commissioner of Business Oversight may by rule or order require, before a solicitation of a proposed material modification of an existing franchise.

11. You must sign a general release if you renew or transfer your license. California Corporations Code Section 31512 voids a waiver of your rights under the Franchise Investment Law (California Corporations Code Sections 31000 through 31516). Business and Professions Code Section 20010 voids a waiver of your rights under the Franchise Relations Act (Business and Professions Code Sections 20000 through 20043).

12. You should conduct an independent investigation of the costs and expenses you will incur in operating your licensee business. Licensees or former licensees listed in the offering circular may be one source of this information.

{GS7657.DOCX:}

**Exhibit C**

## ITEM 23.
## RECEIPT

This Disclosure Document summarizes certain provisions of the Egoscue Facility Franchise Agreement and other information in plain English. Read this Disclosure Document and all agreements carefully.

If Egoscue, Inc. offers you a franchise, it must provide this Disclosure Document to you 14 calendar days before signing of a binding agreement with; or make a payment to the franchisor or an affiliate in connection with the proposed franchise sale.

If Egoscue, Inc., does not deliver this Disclosure Document on time or if it contains a false or misleading statement, or a material omission, a violation of federal and state law may have occurred and should be reported to the Federal Trade Commission, Washington, D.C. 20580 and the appropriate state regulating agency listed in Exhibit "E".

The name, address and telephone number of the seller's sales agent is Casey Lyon, c/o Egoscue, Inc., 12230 El Camino Real, Suite 130, San Diego, California, 92130, telephone (858) 755-1075.

Issuance Date: 4/6/2016

I have received a Franchise Disclosure Document dated: 4/6/16 .

This Disclosure Document included the following:

A.  Egoscue Facility Franchise Agreement and its Exhibits;
B.  Employee Confidentiality, Non-Disclosure and Non Competition Agreement;
C.  Confidential Information Application;
D.  Financial Statements for Company fiscal years 2013, 2014 and 2015;
E.  List of State Agencies Responsible for Franchise Disclosure and Registration Laws/Agent for Service of Process;
F.  Schedule of Franchises/Licenses;
G.  List of Company Operated Facilities;
H.  Landlord's Consent to Assignment;
I.  Table of Contents for Company Policies and Procedures Manual;
J.  California State Addendum.

4/6/16
_____          _____
Date                                                    Applicant

**Exhibit C**