# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:    1:21-cv-03282-SKC

EGOSCUE, INC., a California corporation,

      Plaintiff,

v.

PAIN FREE POSTURE THERAPY, LLC, a Colorado limited liability company, ANU LAWRENCE, an individual, and JOHN DOES.

      Defendants.

___

## [PROPOSED] ORDER ON DEFENDANTS' MOTION TO STAY PENDING ARBITRATION
___

THIS MATTER is before the Court on Defendants' Motion to Stay Pending Arbitration (the "Motion"). Having reviewed the Motion, the Exhibits, and being otherwise advised in the premises, it is

**ORDERED** that Defendants' Motion is **GRANTED**, all proceedings in this case are **STAYED** pending resolution of the parties' arbitration with the American Arbitration Association styled *Egoscue, Inc. v. Anu Lawrence and Pain Free Posture Therapy, LLC*, Case No. 01-21-0017-2374.

DATED this __ day of March, 2022.

      BY THE COURT:

      _____
      Judge Christine M. Arguello
      U.S. District Court Judge