IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03282-SKC

EGOSCUE, INC., a California corporation,

    Plaintiff,

v.

PAIN FREE POSTURE THERAPY LLC, a Colorado limited liability company,
ANU LAWRENCE, an individual, and,
JOHN DOE 1, whose true name is unknown
JOHN DOE 2, whose true name is unknown
JOHN DOE 3, whose true name is unknown
JOHN DOE 4, whose true name is unknown
JOHN DOE 5, whose true name is unknown

    Defendants.

---

**DECLARATION OF HEATHER HUFFER IN SUPPORT OF PLAINTIFF'S REPLY**

---

I, Heather Huffer, do declare and say as follows:

1.    I am a competent adult over the age of 18 and I am the Corporate Controller of Plaintiff, Egoscue, Inc.

2.    I am familiar with the procedures used by MindBody Inc. in connection with electronic signatures for documents.

3.    As a result of a review of our electronic records, I have confirmed that a MindBody Service - Franchise Participation Agreement was electronically executed on July 2, 2021 ("Franchise Participation Agreement"), by the then-owner of the Egoscue, Inc. franchise in Denver, Colorado, which was Defendant, Anu Lawrence.

{GR1436.DOCX:2}

4.	The corporate records which I reviewed include the entry log report which shows the time, date, login, and which IP addresses were used during the staff activity for this use of the MindBody system.

5.	The record that we have confirms execution of the Franchise Participation Agreement on July 2, 2021.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated:  March 17, 2022

*s/Heather Huffer*
Heather Huffer
Declarant
(Original signature on file with counsel for Plaintiff)