IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 21-cv-03282-CMA-SKC

EGOSCUE, INC.,

    Plaintiff,

v.

PAIN FREE POSTURE THERAPY LLC, and
ANU LAWRENCE, and
JOHN DOE 1 – 5,

    Defendants.

## ORDER

    This matter is before the Court on Defendants' Status Report (Doc. # 27). Defendant informs the Court that this matter has been litigated and resolved through arbitration. (Doc. # 27-1). As a result, Plaintiff's Motion for Preliminary Injunction (Doc. # 9) and Defendants' Motion to Stay Pending Arbitration (Doc. # 18) are now moot. It is therefore

    ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. # 9) is DENIED AS MOOT. It is

    FURTHER ORDERED that Defendant's Motion to Stay Pending Arbitration (Doc. # 18) is DENIED AS MOOT. It is

FURTHER ORDERED that the parties are DIRECTED to show cause, in writing, on or before September 2, 2022, why this case should not be dismissed as moot in light of the recent arbitration decision (Doc. # 27-1).

DATED:  August 29, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge